FILED

2018 SEP 17 PM 12: 31

CLERK US
CENTRAL ...

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF(S)

v.

LISSA MEL, AKA "MONICA SANDERS" DEFENDANT(S).

CASE NUMBER

18-MJ-2526 TMD
~~18 MJ 02484~~

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: **COMPLAINT**
in the District of **MARYLAND** on **9/13/2018**
at **9:40** ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **18** U.S.C., Section(s) **1349**
to wit: **Conspiracy to commit wire fraud**

A warrant for defendant's arrest was issued by: **DIST. OF MARYLAND**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): **COMPLAINT, WARRANT, AFFIDAVIT W/MOTION TO SEAL**

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **09/17/2018** by

_/s/ Powers_, Deputy Clerk.

_/s/_   KEN KOYAMA
Signature of Agent   Print Name of Agent

FBI   SPECIAL AGENT
Agency   Title

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT