FILED

2018 SEP 17 PM 12:31

CLERK U.S....
CENTRAL...

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 18-mj-2526 TMD |
| LISSA MEL DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**18 MJ 02484**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9:40 am ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC § 1349 CONSPIRACY TO COMMIT WIRE FRAUD

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel: ☐ No UNKNOWN
   ☐ Yes Name: DENNIS VACCO Phone Number: 716-713-1679

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: KEN KOYAMA (please print)

12. Office Phone Number: 310 916 8994
13. Agency: FBI
14. Signature: [signed]
15. Date: 9/17/2018

CR-64 (2/14)     REPORT COMMENCING CRIMINAL ACTION