# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Mel
AT: [illegible]

**LOCATION NUMBER:** [illegible]

Date stamp: SEP 17 2018

**PERSON REPRESENTED** (Show your full name): Lissa Mel

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
18 USC §1349

1. ☒ Defendant — Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 18 MJ 0248[4]
District Court: [blank]
Court of Appeals: [blank]

---

**ASSETS**

**EMPLOYMENT** (Approx. Estimates)
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Algoreyo Way, Israel
- IF YES, how much do you earn per month? $ 2500.00 Approx
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes ☒ No  IF YES, state total amount $ ____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ ____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Loreen — Daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Apartment or Home | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| Apartment | | $ | $ 1,700.00 |
| Food (Food) | | $ | $ 250.00 |
| Electricity | | $ | $ 150.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 17/9/18

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]