## *United States Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
Acting Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

**PACTS # 5401043**                    **Passport Receipt**

| | |
|---|---|
| Defendant's Name: | MEL, Lissa |
| Name on passport, if different: | Turdiev, Melissa |
| Country of Origin: | Israel |
| Date passport issued: | 12/27/2010 |
| Expiration date of passport: | 12/26/2020 |

Ordered by court in the Central District of California or

| | |
|---|---|
| Docket Number | 2:18MJ-02484 |

```
FILED
CLERK, U.S. DISTRICT COURT
09/18/2018
CENTRAL DISTRICT OF CALIFORNIA
BY:      AP       DEPUTY
```

Hand-Delivered by Officer Goulart                    9-18-2018

---

**Surrendered By**
Vivian Villegas

*Vivan Vill__* (signature)

**Received By**                                       **Date**  9/18/18

---

**Returned To**                                       **Date**

---

**Returned By**                                       **Date**

---

**Purpose Returned**

**Address (if mailed)**

---

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse | George E. Brown, Jr. Federal Building and U.S. Courthouse | Ronald Reagan Federal Building and U.S. Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-894-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-338-4570 |