# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 18 MJ 2484    CourtSmart CS 9/24/18    Date: September 24, 2018

Present: The Honorable PATRICK J. WALSH, U.S. Magistrate Judge

| Isabel Martinez | David Chao | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

USA v. LISSA MEL

Attorney Present for Defendant: Andre Townsend

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

I. **PROCEEDINGS:** ☑ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
   ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
   ☐ FURTHER PROCEEDINGS RE _____

☐ Process ☐ received ☐ not received
☐ Witness(es) CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Complaint.
☐ Court finds ☐ probable cause ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.   ☐ Process received.   ☐ Process not received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____
   ☐ Final commitment and warrant of removal are ordered stayed until _____
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

II. **PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____

☑ Court orders case continued to September 26, 2018 at 1:30 ☐ a.m. ☑ p.m. for Identity Hearing before Judge _____ in courtroom _____.

☑ Other: Defendant requests to continue hearing so that a Hebrew Interpreter can be present. Preliminary Hearing Waiver submitted.

I. _____ : _____
II. _____ : 20
Deputy Clerk Initials IM

M-50 (06/10)    MINUTES - RULE 5/20 HEARING / DETENTION HEARING