# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Lissa Mel | ) | Case No. 18-MJ-2484 |
| | ) | |
| Defendant | ) | |

FILED
CLERK, U.S. DISTRICT COURT
SEP 24 2018

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 24.9.18

*Defendant's signature*

*Signature of defendant's attorney*

9/24/18

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

Signature of Interpreter