# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __18 MJ 2484__       CourtSmart __CS 9/26/18__       Date: __September 26, 2018__

Present: The Honorable __PATRICK J. WALSH__, U.S. Magistrate Judge

| __Isabel Martinez__ | __David Chao__ | __N/A__ |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. LISSA MEL | Attorney Present for Defendant: Andre Townsend |
|---|---|
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present |

**I. PROCEEDINGS:** ☑ **IDENTITY HEARING** ☐ REMOVAL HEARING ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20 ☐ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

- ☐ Process ☐ received ☐ not received
- ☐ Witness(es) CST ☐ Exhibits Marked ☐ See separate list.
- ☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
- ☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Complaint.
- ☐ Court finds ☐ probable cause ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
- ☑ Defendant executed Waiver of Rights. ☐ Process received. ☐ Process not received.
- ☑ Court ORDERS defendant Held to Answer to _____ District of __Maryland__
- ☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
- ☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: __9/26/18__ By: __Isabel Martinez__ .
  - ☐ Final commitment and warrant of removal are ordered stayed until _____ .
- ☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**

- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☑ **Court sets bail at:** $ __275,000.00__   ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Witnesses CST ☐ Exhibits Marked ☐ See separate list.
- ☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____
- ☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____ .
- ☐ Other: _____

I. _____ : __15__
II. _____ : _____

Deputy Clerk Initials __IM__

M-50 (06/10)     MINUTES - RULE 5/20 HEARING / DETENTION HEARING