CLOSED,PASPRT,SEALED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-02484-DUTY-1 *SEALED*
### Internal Use Only

Case title: USA v. Mel
Other court case number: 18MJ2526 District of Maryland

Date Filed: 09/17/2018
Date Terminated: 09/26/2018

Assigned to: Duty Magistrate Judge

**Defendant (1)**

Lissa Mel
*TERMINATED: 09/26/2018*
*also known as*
Monica Sanders
*TERMINATED: 09/26/2018*

represented by **Andre Townsend**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-1730
Fax: 213-894-0081
Email: Andre_Townsend@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1349

**Disposition**

Defendant is held to answer to District of Maryland

**Plaintiff**

USA                                          represented by  **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Lissa Mel, originating in the District of Maryland. Defendant charged in violation of: 18:1349. Signed by agent Ken Koyama, FBI, Special Agent. (dg) (Entered: 09/20/2018) |
| 09/17/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Lissa Mel; defendants Year of Birth: 1988; date of arrest: 9/17/2018 (dg) (Entered: 09/20/2018) |
| 09/17/2018 | 🔒 | (Court only) ***Defendant Lissa Mel ARRESTED (Rule 5(c)(3)) (dg) (Entered: 09/20/2018) |
| 09/17/2018 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel Defendant arraigned and states true name is as charged. Attorney: Andre Townsend for Lissa Mel, Deputy Federal Public Defender, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 9/18/2018 10:00 AM before Magistrate Judge Patrick J. Walsh. AUSA to track down agent and let DFPD know what agent will testify to. Court Smart: CS 9/17/18. (dg) (Entered: 09/20/2018) |
| 09/17/2018 | 4 | Defendant Lissa Mel arrested on warrant issued by the USDC District of Maryland at Greenbelt. (Attachments: # 1 Charging Document)(dg) (Entered: 09/20/2018) |
| 09/17/2018 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Lissa Mel. (dg) (Entered: 09/20/2018) |
| 09/17/2018 | 🔒 6 | FINANCIAL AFFIDAVIT filed as to Defendant Lissa Mel. (Not for Public View pursuant to the E-Government Act of 2002) (dg) (Entered: 09/20/2018) |
| 09/18/2018 | 7 | MINUTES OF Detention Hearing held before Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel, The Court Orders: Lissa Mel (1) $275,000 AB See attached bond for terms and conditions. Parties have until 9-25-18 to file an appeal of the bond. Minutes and Transcript ordered under seal. Bond stayed until District Judge rules on bond appeal. Court Smart: CS 9/18/18. (dg) (Entered: 09/20/2018) |

| 09/18/2018 | 9 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Lissa Mel. Foreign passport was received on 9/18/18. (dg) (Entered: 09/27/2018) |
| --- | --- | --- |
| 09/20/2018 | 8 | SCHEDULING NOTICE by Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel. Identity Hearing set for 9/24/2018 AT 2:00 PM before Magistrate Judge Patrick J. Walsh in Courtroom 790, 7th Floor.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (im) TEXT ONLY ENTRY (Entered: 09/20/2018) |
| 09/24/2018 | 10 | MINUTES OF Detention Hearing held before Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel. The hearings originally scheduled have been rescheduled( Identity Hearing set for 9/26/2018 01:30 PM before Magistrate Judge Patrick J. Walsh.) Preliminary Hearing Waiver submitted. Court Smart: CS 9/24/18. (dg) (Entered: 10/02/2018) |
| 09/24/2018 | 11 | WAIVER of Preliminary Examination or Hearing by Defendant Lissa Mel (dg) (Entered: 10/02/2018) |
| 09/26/2018 | 12 | MINUTES OF RULE 5(c)(3) IDENTITY HEARING held before Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel. Attorney: Andre Townsend, Deputy Federal Public Defender, present. Court orders bail set as: Lissa Mel (1) $275,000 AB. Court orders defendant held to answer to District of Maryland. Warrant of Removal and final commitment to issue. Court Smart: CS 9/26/18. (dg) (Entered: 10/02/2018) |
| 09/26/2018 | 13 | WAIVER OF RIGHTS approved by Magistrate Judge Patrick J. Walsh as to Defendant Lissa Mel. (dg) (Entered: 10/02/2018) |
| 09/26/2018 | 14 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Patrick J. Walsh that Defendant Lissa Mel be removed to the District of Maryland (dg) (Entered: 10/02/2018) |
| 09/26/2018 | 🔒 | (Court only) ***Magistrate Case Terminated (dg) (Entered: 10/02/2018) |
| 09/26/2018 | | Notice to District of Maryland of a Rule 5 or Rule 32 Initial Appearance as to Defendant Lissa Mel. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 14 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (dg) (Entered: 10/02/2018) |